**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| B.A.W., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01197-CMS |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is the Report and Recommendation ("R. & R.") of United States Magistrate Judge Chris M. Stephens. [Doc. No. 3]. This matter has been assigned to Judge Stephens pursuant to *In re: Social Security Cases*, G.O. 23-1 (W.D. Okla.) (eff. Jan. 6, 2023). Judge Stephens reviewed Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") [Doc. No. 2] and recommended that the Court deny the Application. [Doc. No. 3 at 3]. The R. & R. also recommended that the Court dismiss this action without prejudice if Plaintiff does not pay the $405.00 filing fee in full to the Clerk of Court within 21 days of any order adopting this Report and Recommendation, pursuant to Local Civil Rule 3.3(e). [*Id.*]. Judge Stephens advised Plaintiff of his right to object to the R. & R. by filing an objection with the Clerk of Court by June 16, 2026, and explained that failure to timely object to the R. & R. waives appellate review of the recommended ruling. [*Id.* at 3–4]. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

Plaintiff did not file an objection to the R. & R. or request an extension of time to do so. The Court also notes that Plaintiff paid the filing fee after Judge Stephens issued the R. & R. [*See* Doc. No. 4].

"[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). By not objecting to a magistrate judge's report and recommendation, a party waives the right to challenge the legal and factual basis for the magistrate judge's decision. *See Ayala v. United States*, 980 F.2d 1342, 1352 (10th Cir. 1992) (holding that the plaintiffs "waived their right to appeal the magistrate's ruling" because they did not file any objections); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991) ("Our waiver rule provides that the failure to make timely objection to the magistrate's findings or recommendations waives appellate review of both factual and legal questions.").

With no objection being filed, and upon review of the record, the Court adopts the R. & R. in its entirety and denies Plaintiff's Application. [Doc. No. 2]. The Court therefore ACCEPTS the R. & R. [Doc. No. 3].

IT IS SO ORDERED this 17th day of June 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE